RECEIVED
MAR 19 2021
United States Marshals Service
District of Alaska

RECEIVED
APR 12 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

AO 442 (Rev. 11/11 Arrest Warrant)

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Case Number: 3:21-cr-00031-JMK-DMS |
| | ) | USMS - D/ALASKA - WARRANTS |
| JESSICA TWIGG | ) | FID # 11252596 |
| Defendant | | WARRANT # 2106-0319-0496-2 |
| | | Entered NCIC No |
| | | Entered APSIN _____ |
| | | Removed NCIC _____ |
| | | Removed APSIN _____ |

~~SEALED~~
## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) JESSICA TWIGG,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:846 and 841(a)(1),(b)(1)(A) Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances **Ct 2**;  21:841(a)(1), (b)(1)(C) Possession of a Controlled Substance with Intent to Distribute **Ct 23**

Date: March 18, 2021

By s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

### Return

This warrant was received on (date) 03-19-2021, and the person was arrested on (date) 04-08-2021
at (city and state) ANCHORAGE, AK.

Date: 4/9/21

For DEA [signature]
*Arresting officer's signature*

K. Stanley DUSM
*Printed name and title*