IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA TWIGG,<br><br>Defendant. | Case No. 3:21-cr-00031-JMK<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

A plea agreement was filed in this case at Docket 175.[1] Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Ms. Twigg entered a guilty plea to Count 23 of the Indictment, which is a violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C)—Possession of a Controlled Substance with Intent to Distribute.

Judge Scoble issued a Final Report and Recommendation at Docket 222, in which he recommended that the District Court accept the Defendant's plea of guilty to

---

[1] Additionally, Sealed Plea Agreement Addendums were filed at Dockets 176, 180, 181.

Count 23 of the indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's please of guilty to Count 23 of the Indictment, Possession of a Controlled Substance with Intent to Distribute, and Defendant is adjudged GUILTY of Count 23.

The Imposition of Sentence hearing in this matter is confirmed for May 16, 2022, at 10 a.m. in Anchorage Courtroom 3.

DATED this 6th day of April, 2022, at Anchorage, Alaska.

        */s/ Joshua M. Kindred*
        JOSHUA M. KINDRED
        United States District Judge

*United States v. Twigg*  Case No. 3:21-cr-00031-JMK
Order re Final Report and Recommendation  Page 2
Case 3:21-cr-00031-JMK-MMS   Document 230   Filed 04/06/22   Page 2 of 2